IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON ANGELO DAVIS,

    Plaintiff,                    No. CIV S-07-0509 DFL EFB P

    vs.

SGT. N. JUSTIN, et al.,

    Defendants.                <u>ORDER</u>

                                /

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On April 10, 2007, the court directed plaintiff to submit 1 completed USM-285 form for the U. S. Marshal to serve defendants. Plaintiff submitted an incorrect USM-285 form. He has failed to comply with the order.

It therefore is ORDERED that plaintiff has 20 days from the date of this order either to submit one completed USM-285 form or show cause why this action should not be dismissed for failure to comply with the April 10, 2007 order. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk of the Court is directed to send to plaintiff one blank USM-285 form.

Dated: May 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE