IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON ANGELO DAVIS,

      Plaintiff,                             No. CIV S-07-0509 RRB EFB P

   vs.

SGT. N. JUSTIN, et al.,

      Defendants.                   FINDINGS AND RECOMMENDATIONS

                           /

       Plaintiff is a state prisoner without counsel and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed April 10, 2007, the court screened plaintiff's complaint, found that it did not state a cognizable claim against defendant Clayton, and informed plaintiff that he could either proceed with his action solely against defendant Justin or file an amended complaint in an attempt to state a claim also against defendant Clayton. On April 23, 2007, and May 23, 2007, plaintiff submitted the documents necessary for service against defendant Justin. The court construes plaintiff's election to proceed solely against defendant Justin as consent to dismissal of all claims against defendant Clayton.

       Accordingly, it is hereby recommended that defendant Clayton be dismissed from this action without prejudice.

/////

1      These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
3 after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6 within the specified time may waive the right to appeal the District Court's order.  *Turner v.*
7 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8 Dated:   December 3, 2007.

                                 EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE