1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DON ANGELO DAVIS,

11              Plaintiff,              No. CIV S-07-0509 JAM EFB  P

12         vs.

13    SGT. N. JUSTIN, et al,

14              Defendants.            <u>ORDER</u>

15    _____/

16         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19         On December 4, 2007, the magistrate judge filed findings and recommendations

20    herein which were served on plaintiff and which contained notice to plaintiff that any objections

21    to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

22    objections to the findings and recommendations.

23         The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25    ORDERED that:

26    ////

1

1          1.  The findings and recommendations filed December 4, 2007, are adopted in

2    full; and

3          2.  Defendant Clayton is dismissed from this action without prejudice.

4    DATED:    9/24/2008

5

6                                              /s/ John A. Mendez
                                               UNITED STATES DISTRICT JUDGE
7    /

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26