IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON ANGELO DAVIS,

    Plaintiff,                           No. CIV S-07-0509 JAM EFB P

    vs.

SGT. N. JUSTIN,

    Defendant.                     <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On August 27, 2008, the court found that plaintiff, after warnings from the court and an extension of time to do so, continued to disobey orders directing him to file an opposition to defendant's motion for summary judgment. Accordingly, the court recommended that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

       On September 17, 2008, plaintiff filed objections to the findings and recommendations and an opposition brief to defendant's March 6, 2008 motion for summary judgment. Plaintiff's September 17, 2008 filings address the deficiencies that the court identified in its findings and recommendations.

////

////

1    Accordingly, it is ORDERED that the August 27, 2008, findings and recommendations
2 are vacated.  The court will construe plaintiff's September 17, 2008 filings together as an
3 opposition brief and defendant's motion for summary judgment stands submitted.
4 Dated: October 27, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE