IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON ANGELO DAVIS,

      Plaintiff,                        No. CIV S-07-0509 JAM EFB P

      vs.

SGT. N. JUSTIN,

      Defendant.                <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. During the week of December 8, 2008, U.S. Magistrate Judge Nandor Vadas, Northern District of California (cross-designated for settlement purposes in the Eastern District of California), will be available for settlement conferences at CSP-Solano. Having considered the parties' request to refer this case to Magistrate Judge Vadas to conduct a settlement conference, IT IS ORDERED that:

      1. This case is set for settlement conference on December 10, 2008 at 11:00 a.m. at CSP-Solano, 2200 Peabody Road, Vacaville, California.

      2. The Clerk of the Court is directed to send a copy of the instant order to Magistrate Judge Nandor Vadas, Northern District of California, 514 H Street, Eureka, California 95501-1038.

3. Magistrate Judge Nandor Vadas shall file a report on the docket in this case, within twenty days of the settlement conference, indicating the outcome of the settlement proceedings.

4. The parties are directed to mail confidential settlement conference statements to Magistrate Judge Vadas so that they reach him by December 3, 2008.

DATED:   November 18, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE