United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ANGELO DAVIS,<br><br>    Plaintiff,<br><br>        v<br><br>N. JUSTIN et al.,<br><br>    Defendants. | Case No C 07-509 JAM EFB<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on December 11, 2008. The results of that proceeding are indicated below:

(1)  The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒  Plaintiff

☐  Warden or warden's representative

☒  Office of the California Attorney General, Stanton W. Lee

☒  Other: California Department of Corrections and Rehabilitation, Jason Gatchalian

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time. However, the parties agree to a further settlement conference following the ruling on the summary judgment motion.

Date: 12/31/08

_____
Nandor J Vadas
United States Magistrate Judge
Northern District of California
Sitting by Designation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVIS

No. C 07-509 JAM EFB

v.

CERTIFICATE OF SERVICE

JUSTIN
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/31/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Don Angelo Davis**
E-31869
CSP-Solano
P.O. Box 4000
Vacaville, CA 95696-4000

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3