IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON ANGELO DAVIS,

      Plaintiff,                        No. CIV S-07-0509 JAM EFB P

   vs.

SGT. N. JUSTIN, et al.,

      Defendants.               ORDER
_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On February 9, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 9, 2009, are adopted in full;

2. Defendant's March 6, 2008, motion for summary judgment is denied;

3. Defendant's request for qualified immunity is denied;

4. Plaintiff is directed to file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial within thirty days;

5. Plaintiff's March 9, 2009 request for a thirty day extension of time to file a pretrial statement is denied as moot in light of this order; and

6. Defendants are directed to file their pretrial statement not later than thirty days after the filing of plaintiff's statement.

DATED: March 18, 2009

/s/ John A. Mendez

/ UNITED STATES DISTRICT JUDGE