1

2

3

4

5

6

7

8                                IN THE UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DON ANGELO DAVIS,

11            Plaintiff,                              No. CIV S-07-0509 JAM EFB P

12        vs.

13   SGT. N. JUSTIN, et al.,                          ORDER &
                                                      FINDINGS & RECOMMENDATIONS
14            Defendants.

15   _____/

16        By order filed March 18, 2009, the district judge directed plaintiff to file a pretrial

17   statement within thirty days.  Plaintiff has not filed his pretrial statement or otherwise responded

18   to the court's order.

19        Accordingly, it is hereby ORDERED that defendant is relieved of his obligation to file a

20   pretrial statement and it is hereby RECOMMENDED that this action be dismissed without

21   prejudice. *See* Fed. R. Civ. P. 16(f); Local Rule 11-110.

22        These findings and recommendations are submitted to the United States District Judge

23   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

24   after being served with these findings and recommendations, any party may file written

25   objections with the court and serve a copy on all parties.  Such a document should be captioned

26   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

                                                1

1 | within the specified time may waive the right to appeal the District Court's order. *Turner v.*

2 | *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

3 | DATED: April 29, 2009.

4

5 | EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26