IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON ANGELO DAVIS,

       Plaintiff,                          No. CIV S-07-0509 JAM EFB P

     vs.

SGT. N. JUSTIN, et al.,               <u>ORDER RE SETTLEMENT & DISPOSITION</u>

       Defendants.

                                  /

      Pursuant to the representations of counsel for the parties that they have reached a settlement and that settlement documents have been signed and exchanged, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than ninety (90) days from the date of this order.[1]

      All dates set in this matter are **VACATED.**

////

////

---

[1] Defendant represents that it may take 150 days or longer in which to complete the terms of the settlement. The parties are hereby informed that their stipulation of dismissal may contain a provision allowing the court to retain continuing jurisdiction to enforce the terms of the settlement.

1

1   Failure to comply with this order may be grounds for the imposition of sanctions on any
2   and all counsel or parties who contributed to the violation of this order.
3   So ordered.
4   Dated: July 7, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE