EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
KENNETH R. WILLIAMS, State Bar No. 73170
Supervising Deputy Attorney General
STANTON W. LEE, State Bar No. 203563
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-9921
 Fax: (916) 324-5205
 E-mail: stanton.lee@doj.ca.gov
*Attorneys for Defendant*
*Justin*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DON ANGELO DAVIS,**<br><br>                             Plaintiff,<br><br>     v.<br><br>**SGT N. JUSTIN,**<br><br>                             Defendant. | 2:07-cv-0509  JAM EFB P<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

   Don Angelo Davis (CDCR No. E-31869), plaintiff in this matter, stipulates to dismiss this

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

STIPULATION OF VOLUNTARY DISMISSAL  (2:07-cv-0509  JAM EFB P)

PDF created with pdfFactory trial version www.pdffactory.com

entire action, with prejudice.  Each party to bear his own costs and attorney fees.  By entering into this stipulation Defendants do not admit to liability or any of the allegations in the complaint.

Dated: _____                           By: _____
                                                           Don Davis, (CDCR No. E-31869)
                                                           Plaintiff

Dated: _____                           By: _____
                                                           Stanton W. Lee
                                                           Deputy Attorney General,
                                                           Attorney for Defendants

**SO ORDERED.**

Dated: November 23, 2009                    /s/ John A. Mendez
                                                           United States District Judge

SA2007303063
30754600.doc

PDF created with pdfFactory trial version www.pdffactory.com